# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

127998

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ALFONSO F. WHITAKER,
      Plaintiff-Appellant,

v

METRO INDUSTRIAL CONTRACTING, INC.,
and CONTINENTAL CASUALTY COMPANY,
      Defendants-Appellees.

_____/

SC: 127998
COA: 256978
WCAC: 03-000298

On order of the Court, the application for leave to appeal the December 29, 2004 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

_____
Clerk

t1006